UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 6:23-mj-2348-EJK

41 C.F.R. § 102-74.385
41 C.F.R. § 102-74.420

JOSHUA JOSEPH GRAY
    a/k/a "Phocion Thegood"
GEORGE DOUGLAS METZ
    a/k/a "Major Lee Awesome"

## INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about November 16, 2022, in the Middle District of Florida, the defendant,

**JOSHUA JOSEPH GRAY,
a/k/a "Phocion Thegood,"**

was in and on Federal property and did fail to comply with official signs of a prohibitory, regulatory, and directory nature and with the lawful direction of authorized individuals.

In violation of 41 C.F.R. § 102-74.385.

### COUNT TWO

On or about November 16, 2022, in the Middle District of Florida, the defendant,

**JOSHUA JOSEPH GRAY,**
**a/k/a "Phocion Thegood,"**

did enter in and on Federal property and did unlawfully take photographs, including video recordings, (a) in violation of security regulations, rules, orders, and directives, and (b) of space occupied by a tenant agency without the permission of the occupying agency.

In violation of 41 C.F.R. § 102-74.420.

## COUNT THREE

On or about January 6, 2023, in the Middle District of Florida, the defendant,

**GEORGE DOUGLAS METZ,**
**a/k/a "Major Lee Awesome,"**

was in and on Federal property and did fail to comply with official signs of a prohibitory, regulatory, and directory nature.

In violation of 41 C.F.R. § 102-74.385.

## COUNT FOUR

On or about January 6, 2023, in the Middle District of Florida, the defendant,

**GEORGE DOUGLAS METZ,**
**a/k/a "Major Lee Awesome,"**

did enter in and on Federal property and did unlawfully take photographs, including video recordings, (a) in violation of security regulations, rules, orders, and directives, and (b) of space occupied by a tenant agency without the permission of the occupying agency.

In violation of 41 C.F.R. § 102-74.420.

## COUNT FIVE

On or about January 26, 2023, in the Middle District of Florida, the defendants,

**JOSHUA JOSEPH GRAY,**
**a/k/a "Phocion Thegood,"**
and
**GEORGE DOUGLAS METZ,**
**a/k/a "Major Lee Awesome,"**

were in and on Federal property and did fail to comply with official signs of a prohibitory, regulatory, and directory nature and with the lawful direction of Federal police officers and other authorized individuals.

In violation of 41 C.F.R. § 102-74.385.

## COUNT SIX

On or about January 26, 2023, in the Middle District of Florida, the defendants,

**JOSHUA JOSEPH GRAY,**
**a/k/a "Phocion Thegood,"**
and
**GEORGE DOUGLAS METZ,**
**a/k/a "Major Lee Awesome,"**

did enter in and on Federal property and did unlawfully take photographs, including video recordings, (a) in violation of security regulations, rules, orders, and directives, and (b) of space occupied by a tenant agency without the permission of the occupying agency.

In violation of 41 C.F.R. § 102-74.420.

3

## COUNT SEVEN

On or about January 30, 2023, in the Middle District of Florida, the defendants,

**JOSHUA JOSEPH GRAY,**
**a/k/a "Phocion Thegood,"**
and
**GEORGE DOUGLAS METZ,**
**a/k/a "Major Lee Awesome,"**

were in and on Federal property and did fail to comply with official signs of a prohibitory, regulatory, and directory nature and with the lawful direction of Federal police officers and other authorized individuals.

In violation of 41 C.F.R. § 102-74.385.

## COUNT EIGHT

On or about January 30, 2023, in the Middle District of Florida, the defendants,

**JOSHUA JOSEPH GRAY,**
**a/k/a "Phocion Thegood,"**
and
**GEORGE DOUGLAS METZ,**
**a/k/a "Major Lee Awesome,"**

did enter in and on Federal property and did unlawfully take photographs, including video recordings, (a) in violation of security regulations, rules, orders, and directives,

4

and (b) of space occupied by a tenant agency without the permission of the occupying agency.

In violation of 41 C.F.R. § 102-74.420.

ROGER B. HANDBERG
United States Attorney

By: *[signature]*

Matthew J. Del Mastro
Special Assistant United States Attorney

By: *[signature]*

Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division