# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.                        **CASE NO: 6:23-mj-2348-EJK**

**JOSHUA JOSEPH GRAY**
**GEORGE DOUGLAS METZ**

AUSA: Matthew Del Mastro

Defense Attorney: Katherine Henry/ James Skuthan, Federal Public Defender

| JUDGE: | **EMBRY J. KIDD**<br>United States Magistrate Judge | DATE AND TIME: | **April 25, 2024**<br>9:07 A.M.-9:13 A.M. |
|---|---|---|---|
| Courtroom: | 4C | TOTAL TIME: | 6 minutes |
| DEPUTY CLERK: | Julie Reyes | REPORTER: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| INTERPRETER: | N/A | PRETRIAL/PROB: | N/A |

**CLERK'S MINUTES**
**STATUS HEARING**

Case called, appearances made, procedural setting by the Court.
Hearing proceeds on the above referenced hearing as stated on the record.
Court adjourned.