**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**vs**

**GEORGE DOUGLAS METZ aka Major Lee Awesome**

**Case Number: 6:23-mj-2348- EJK**

**USM Number: 91201-510**

**James Skuthan, Federal Public Defender**

# JUDGMENT IN A CRIMINAL CASE

The defendant was found guilty to Counts Three, Four, Five, Six, Seven, and Eight of the Information. Accordingly, the Court has adjudicated the defendant guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 13-7220/ 41 C.F.R 102-74.385 | Failure to Comply with Official Signs while on Federal Property | January 6, 2023 | Three |
| 18 U.S.C. § 13-7220/ 41 C.F.R. 102-74.420 | Unlawfully Take Photographs/Video While on Federal Property | January 6, 2023 | Four |
| 18 U.S.C. § 13-7220/ 41 C.F.R 102-74.385 | Failure to Comply with Official Signs while on Federal Property | January 26, 2023 | Five |
| 18 U.S.C. § 13-7220/ 41 C.F.R. 102-74.420 | Unlawfully Take Photographs/Video While on Federal Property | January 26, 2023 | Six |
| 18 U.S.C. § 13-7220/ 41 C.F.R 102-74.385 | Failure to Comply with Official Signs while on Federal Property | January 30, 2023 | Seven |
| 18 U.S.C. § 13-7220 41 C.F.R 102-74.420 | Unlawfully take Photographs/Video while on Federal Property | January 30, 2023 | Eight |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

December 20, 2024

EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE

December 20, 2024

**George Douglas Metz**
**6:23-mj-2348- EJK**

## PROBATION

The defendant is hereby placed on probation for a term of 6 Months-Concurrent as to each count.

While on probation, the defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The mandatory drug testing requirement of the Violent Crime Control Act is suspended.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervision that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervision in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1. The defendant shall not leave the judicial district without the permission of the court or probation officer;

2. The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4. The defendant shall support his or her dependents and meet other family responsibilities;

5. The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6. The defendant shall notify the probation officer **at least TEN (10) days prior** to any change in residence or employment;

7. The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9. The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11. The defendant shall notify the probation officer within **seventy-two (72) hours** of being arrested or questioned by a law enforcement officer;

12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

**George Douglas Metz**
**6:23-mj-2348- EJK**

13. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

## ADDITIONAL CONDITIONS OF PROBATION

The defendant shall also comply with the following additional conditions of probation:

- Defendant is prohibited from entering any Social Security Office for one year, except for official business.
- Defendant must notify the Court of any material change in economic circumstances that may affect the ability to pay the fine.

**George Douglas Metz**
**6:23-mj-2348- EJK**

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in the Schedule of Payments.

| Special Assessment | Total Fine | Total Restitution |
|---|---|---|
| **$30.00 (Due Immediately)** | **$3,000** | **N/A** |

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

Defendant shall pay $100.00 per month towards his fines.

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.